AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Iowa

| | |
|---|---|
| United States of America<br>v.<br><br>MARC ANTHONY CASTILLO,<br><br>*Defendant(s)* | )<br>)<br>) Case No.  3:24-mj-2<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 11, 2023__ in the county of __Muscatine__ in the __Southern__ District of __Iowa__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1), 924(a)(8) | Felon in Possession of Ammunition. |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

*Complainant's signature*

Casey Jensen, Detective
*Printed name and title*

Date: January 4, 2024

*Judge's signature*

City and state:  Davenport, Iowa

Stephen B. Jackson, Jr. U.S. Magistrate Judge
*Printed name and title*



FILED
By: Clerk's Office, Southern District of Iowa
10:09 am, Jan 04 2024

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Muscatine Police Department Detective, Casey Jensen, being duly sworn, state as follows:

1. I am a Detective with the Muscatine Police Department and have been so employed for eight years. I am currently assigned to the Major Crimes Unit and have been so since 2022. I have been a certified peace officer in the State of Iowa since 2015. While at the Muscatine Police Department, I spent four years with the Street Crimes Unit before going to the Major Crimes Unit. In my time as a detective in both of those positions I have led or assisted in several firearms related cases. I have received training through Midwest Gang Investigators Association and other training specific to firearm investigations.

2. This affidavit is in support of a criminal complaint for MARC ANTHONY CASTILLO ("CASTILLO"), charging him with Felon in Possession of Ammunition, namely, one .380 Speer shell casing and one .380 Blazer shell casing, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) on or about October 11, 2023. This affidavit is also in support of a criminal complaint for DEREK SPENCER UNDERDAHL ("UNDERDAHL"), charging him with Felon in Possession of Ammunition, namely, eight Super X .22 caliber bullets and four NFCR nine-millimeter Luger bullets, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) on or about October 17, 2023. This affidavit contains some, but not all, of the information known to me regarding this investigation. The information contained in this affidavit is based on my training, experience, and discussions with other officers.

3. On October 11, 2023, at approximately 1359 hours, I (Det. Jensen), Det. Britt Jameson, and other officers, were dispatched to the area of 408 Broadway St., Muscatine, IA, for the report of gunshots. Law enforcement was advised that a black male and a Hispanic male were fighting in the street. The complainant, A.P., had taken video of the fight that happened in the street. Upon arrival, A.P. showed me the video. In the video, a black male and white male were fighting, while a long-haired male stayed back. The white male was identified as UNDERDAHL, and the black male was identified as DOE ("DOE"). The long-haired male was identified as CASTILLO.

4. In A.P.'s video, UNDERDAHL and DOE are seen fighting in the street. DOE is then seen running back towards 701 W 4th St, Muscatine, IA. CASTILLO and UNDERDHAL start walking away and two gunshots are heard in the video. A.P.'s video then showed CASTILLO and UNDERDHAL run past A.P.'s camera and CASTILLO is seen pulling a dark object from his waistband. Two more gunshots are heard on A.P.'s video before the video concludes.

5. I spoke with A.P. about what A.P. personally saw and heard. A.P. advised that A.P. saw the males fighting and witnessed CASTILLO raise his shirt and display a firearm in his waistband. A.P. also informed me that A.P. witnessed UNDERDAHL retrieve a firearm from a shorter Hispanic man sitting in the driver's seat of a nearby vehicle, who was later identified as Luis Coulter.

6. Another witness, who was present at the incident, named H.C., confirmed that H.C. saw CASTILLO shoot his firearm after DOE's first two gunshots.

7. A separate video, captured from a front door of a nearby house, also showed CASTILLO walking away from the scene, while turning to pull a dark object from his waistband and hold it up, with both arms outstretched, while running past vehicles. There was no sound in this video. The officers later recovered two shell casings in the area that CASTILLO is seen while holding the dark object.

8. DOE later informed law enforcement that he was present at the altercation. DOE confirmed he saw CASTILLO brandish a firearm in his waistband while DOE was fighting UNDERDAHL. DOE confirmed he fired the first two shots from his house.

9. At the scene of the shooting, police found two 9x19-millimeter shell casings. These were closer to DOE's home and were confirmed to be shot by DOE's firearm by Iowa Department of Public Safety DCI Criminalistic Laboratory. Near the area where UNDERDAHL and CASTILLO are seen running away from the scene by where the witnesses, A.P. and H.C., was a Blazer .380 shell casing and a Speer .380 shell casing. Iowa Department of Public Safety DCI Criminalistic Laboratory indicated that the two shell casings were fired by the same unknown firearm. These two casings were knowingly possessed by CASTILLO.

10. Following this incident, a search warrant was executed at UNDERDAHL's house in the 1200 block of Lincoln Blvd, Muscatine, IA on October 17, 2023. Police found four nine-millimeter bullets and eight .22 caliber bullets in UNDERDAHL's bedroom upstairs in the house. This ammunition was knowingly possessed by UNDERDAHL. I was able to confirm the upstairs bedroom of this house was used by UNDERDHAL based on the following factors: the other two bedrooms (both downstairs) were inhabited by UNDERHAL's sister and mother, who are the only other residents at this house; the bedroom was filled with traditionally men's clothing, shoes, and accessories; the bedroom had a CBI bank card with UNDERHAL's name on it; the bedroom had a jury summons letter with UNDERDAHL's name on it; and from my, and other law enforcement officials' previous encounters at this

house, including search warrants, it has been confirmed that it is UNDERDHAL's bedroom.

11. Both CASTILLO and UNDERDAHL have been convicted of felonies, making them prohibited from possessing firearms or ammunition. CASTILLO was convicted of Assault Causing Bodily Injury in Muscatine County, Iowa in 2019; and Assault on Persons in Certain Occupations in Muscatine County, Iowa in 2021. UNDERDAHL was convicted of Dominion/Control over a Firearm in Muscatine County, Iowa in 2019; Willful Injury in Muscatine County, Iowa in 2020; and Assault with Intent to Inflict Serious Injury in Muscatine County, Iowa in 2023.

12. Bureau of Alcohol, Tobacco, Firearms and Explosives Agent Robert Friend has confirmed that the two shell casings found at the shooting scene on October 11, 2023 and the twelve bullets found at UNDERDAHL's bedroom on October 17, 2023 were not made in Iowa, and therefore, were transported across state lines at some time during or before either CASTILLO's or UNDERDAHL's possession of them.

13. Based on the foregoing, I believe there is probable cause that MARC ANTHONY CASTILLO committed the crime of Felon in Possession of Ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8) on or about October 11, 2023.

14. Based on the foregoing, I believe there is probable cause that DEREK UNDERDHAL committed the crime of Felon in Possession of Ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), on or about October 17, 2023.

Respectfully submitted,

Casey Jensen
Detective
Muscatine Police Department

Subscribed and sworn before me by telephone or by other reliable electronic means on January __4__, 2024.

Stephen B. Jackson, Jr.
United States Magistrate Judge
Southern District of Iowa