IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 3:24-cr-02 |
| Plaintiff, ) | |
| ) | <u>UNRESISTED</u> |
| vs. ) | MOTION TO CONTINUE TRIAL, |
| ) | PRETRIAL MOTION DEADLINE |
| MARC ANTHONY CASTILLO, ) | AND GUILTY PLEA DEADLINE |
| ) | |
| Defendants. ) | |

COMES NOW, the defendant, Marc Anthony Castillo, through counsel, and moves for a continuance of the trial currently scheduled for February 26, 2024. Defendant also moves to continue the pretrial motion deadline and plea entry deadline. In support of this motion, counsel states:

1. A one-count Indictment was filed on January 10, 2024, charging Mr. Castillo with felon in possession of ammunition. Mr. Castillo was arraigned on January 11, 2024. Trial is currently scheduled for February 26, 2024.

2. This is the first request for a continuance in this matter; trial has not previously been continued.

3. Discovery was received on or about January 25, 2024, and January 30, 2024, and consists of approximately 329 pages of written documents, 310 photos, 300 recorded jail calls, several 911 calls, numerous audio recordings, interview videos, body and squad cam videos and surveillance videos. Additional time is necessary to review the discovery with Mr. Castillo and prepare for trial.

4.  Defense counsel requests a 90-day continuance of the trial date and a corresponding continuance of the pretrial motion deadline and plea entry deadline.

5.  The defendant has been advised of this request and is in agreement.

6.  Undersigned counsel has consulted with Assistant United States Attorney Kaitlyn Macaulay, and the government does not resist this motion.

7.  Because the ends of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial, the period would be excludable for speedy trial purposes.

WHEREFORE, the defendant respectfully requests a 90-day continuance of the current trial date and a corresponding continuance of the pretrial motion deadline and plea entry deadline.

FEDERAL DEFENDER'S OFFICE  
CBI Bank & Trust Building  
101 W. 2nd Street, Suite 401  
Davenport, Iowa 52801-1815  
TELEPHONE:  (563) 322-8931  
TELEFAX:   (563) 383-0052  
EMAIL: terry_mcatee@fd.org  

By:  /s/*Terence McAtee*  
**Terence McAtee**  
Assistant Federal Defender  
ATTORNEY FOR DEFENDANT

cc: Kaitlyn Macaulay, AUSA

CERTIFICATE OF SERVICE  
I hereby certify that on February 9, 2024, I electronically filed this document with the Clerk of Court using the ECF system which will serve it on the appropriate parties.  
      /s/